**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 17-00327   CCJ   Judge: Cynthia C. Jackson | Trustee Name: | Richard B. Webber II, Trustee |
| Case Name: | Andrew Drengers | Date Filed (f) or Converted (c): | 07/18/2017 (c) |
| | Deanna Drengers | 341(a) Meeting Date: | 08/24/2017 |
| For Period Ending: | 03/31/2018 | Claims Bar Date: | 05/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3759 Moon Dancer Place Saint Cloud Fl 34772-0000 Osceola | 215,100.00 | 215,100.00 | OA | 0.00 | FA |
| 2. 2008 Chrysler Town Country Mileage: 343,359 Vin# 2A8hr44h88r | 1,900.00 | 1,900.00 | OA | 0.00 | FA |
| 3. 2007 Toyota Rav4 Mileage: 131,969 Vin#Jtmzd33v576030557 | 4,450.00 | 4,450.00 | OA | 0.00 | FA |
| 4. Four Sofas, Five Televisions, Two Lamps, Futon, Two Blu Ray | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. 3 Tube Televisions, 2 Flat Screens | 150.00 | 150.00 | | 150.00 | FA |
| 6. Baseball Cards, Disney Toys And Dishes | 100.00 | 0.00 | | 0.00 | FA |
| 7. Cds, 2 Slr's, Camcorder, Camera Lens | 300.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 200.00 | 100.00 | | 100.00 | FA |
| 9. Miscellaneous Watches | 100.00 | 100.00 | | 100.00 | FA |
| 10. Cash | 50.00 | 50.00 | | 50.00 | FA |
| 11. Bb&T #6292 Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 12. Bb&T #6284 | 105.95 | 0.00 | | 0.00 | FA |
| 13. Bb&T #3860 Negative Balance | 0.00 | 0.00 | | 0.00 | FA |
| 14. Walt Disney Stock 22 Shares | 2,645.00 | 2,645.00 | | 1,376.25 | 1,268.75 |
| 15. M&D Retail Services No Value- Business Debt Greater Than Ass | 0.00 | 0.00 | | 0.00 | FA |
| 16. Lawsuit Against Ryland Group For Breach Of Contract For Serv | Unknown | 2,000.00 | | 0.00 | 2,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $226,600.95 | $226,495.00 | | $1,776.25 | $3,268.75 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Equity in personal property $3,045
Lawsuit against Ryland Group for breach of contract for services on home - pending in Osceola Co Case # 2016-CA-001946 ON (debtor's claimed $0 exempt doc # 49 filed 11/3/17)
11000-977
8/24/17 - buyback given at 341 meeting, 1st payt due 9/15/17, final payt due 8/15/18
8/28 - court would not set new CBD as previous CBD passed prior to conversion
8/31 - email to atty Zudar re: breach of contract claim - 2nd email sent 9/13/17
9/1 - Claims review complete
9/13 - 1st payt rec'd
9/13 - intent to sell filed, obj date up 10/4/17 (DE 36) - granted 10/10/17 (DE 47)
9/13 - notice of abandonment filed (DE 37)
9/25 - app to employ spec counsel Zudar filed (DE 42), amd app filed (DE 44) & granted (DE 45)
2/28/18 - update from pi atty - case currently set to mediate May 22, 2018

Initial Projected Date of Final Report (TFR): 10/01/2018          Current Projected Date of Final Report (TFR): 10/01/2018

Trustee Signature:      /s/ Richard B. Webber II, Trustee        Date: 04/26/2018

Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL  32802-3000
(407) 425-7010
rwebber@zkslawfirm.com

Case 6:17-bk-00327-CCJ    Doc 54    Filed 04/26/18    Page 3 of 5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 17-00327 | Trustee Name: | Richard B. Webber II, Trustee |
| Case Name: Andrew Drengers | Bank Name: | BOK Financial |
| Deanna Drengers | Account Number/CD#: | XXXXXX8695 |
| | | Checking |
| Taxpayer ID No: XX-XXX8635 | Blanket Bond (per case limit): | $23,516,752.00 |
| For Period Ending: 03/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/17 | | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | | $253.75 | | $253.75 |
| | | | Gross Receipts $253.75 | | | | |
| | 5 | | 3 Tube Televisions, 2 Flat Screens $3.75 | 1129-000 | | | |
| | 8 | | Clothing $100.00 | 1129-000 | | | |
| | 9 | | Miscellaneous Watches $100.00 | 1129-000 | | | |
| | 10 | | Cash $50.00 | 1129-000 | | | |
| 10/19/17 | | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | | $253.75 | | $507.50 |
| | | | Gross Receipts $253.75 | | | | |
| | 5 | | 3 Tube Televisions, 2 Flat Screens $146.25 | 1129-000 | | | |
| | 14 | | Walt Disney Stock 22 Shares $107.50 | 1129-000 | | | |
| 11/21/17 | 14 | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | 1129-000 | $253.75 | | $761.25 |
| 12/14/17 | 14 | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | 1129-000 | $253.75 | | $1,015.00 |
| 01/09/18 | 14 | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | 1129-000 | $253.75 | | $1,268.75 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $1,258.75 |
| 02/19/18 | 14 | Deanna Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | 1129-000 | $253.75 | | $1,512.50 |

| | | |
|---|---|---|
| Page Subtotals: | $1,522.50 | $10.00 |

Case 6:17-bk-00327-CCJ    Doc 54    Filed 04/26/18    Page 4 of 5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-00327

Case Name: Andrew Drengers

Deanna Drengers

Taxpayer ID No: XX-XXX8635

For Period Ending: 03/31/2018

Trustee Name: Richard B. Webber II, Trustee

Bank Name: BOK Financial

Account Number/CD#: XXXXXX8695

Checking

Blanket Bond (per case limit): $23,516,752.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,502.50 |
| 03/20/18 | 14 | Andrew Drengers 3759 Moon Dancer Place Saint Cloud, FL 34772 | Buyback Agreement per doc # 47 filed 10/10/17 | 1129-000 | $253.75 | | $1,756.25 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,746.25 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $1,776.25 | $30.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,776.25 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,776.25 | $30.00 |

Page Subtotals:        $253.75        $20.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8695 - Checking | $1,776.25 | $30.00 | $1,746.25 |
| | $1,776.25 | $30.00 | $1,746.25 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,776.25 |
| Total Gross Receipts: | $1,776.25 |

Trustee Signature:         /s/ Richard B. Webber II, Trustee     Date: 04/26/2018

Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL  32802-3000
(407) 425-7010
rwebber@zkslawfirm.com

Page Subtotals:                                                                  $0.00             $0.00